IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　Criminal No. 5:23-CR-145/146

RICHARD SHAWN OWENS,　　　　　　The Honorable District Court Judge Frank W. Volk

Defendant.

DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL AND ISSUE A NEW SCHEDULING ORDER

COMES NOW Defendant Richard Shawn Owens, by undersigned counsel, respectfully moving this Honorable Court, pursuant to Local Rule of Criminal Procedure 50.01 and the Speedy Trial Act and in the interests of justice, to continue the trial in this matter and issue a new scheduling order. In support of this motion, Defendant states as follows:

1.　On November 28th, the Government disclosed a working copy of the electronic storage device which contained the protected discovery, which consisted of hundreds of gigabytes of data related to the electronic media that was seized in this case.

2.　This discovery is crucial for Defendant to be able to view and understand because it contains the communications between the Defendant, the alleged victim, and other crucial witnesses in this case that underpin the Government's theory of the case.

3.　Counsel for the Defendant has been diligently reviewing all of the discovery provided by the Government, including the most recent disclosure of the protected discovery. Despite counsel's diligence, it is apparent that counsel will need to further evaluate the discovery and requires additional time to be able to draft pre-trial motions, meet with the Defendant, and prepare for trial.

1

4. The preparation in this case has been arduous due to the protective materials and the six hour one-way commute to consult in person with the Defendant. Defendant has been completely cooperative at all requests made of him by counsel, but it is clear to counsel that additional time is needed to be able to fully prepare with the participation of Defendant.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(B), Defendant avers that continuance of this matter is in the interests of justice because "the failure to grant such a continuance in the proceeding would… result in a miscarriage of justice," and "the failure to grant such a continuance… would deny counsel for the defendant… the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

5. Counsel for the Defendant has conferred with AUSA Jennifer Herrald on behalf of the Government and is authorized to state that the Government has no objection to the the motion for continuance of the trial of this matter. The following trial dates are available for both the Government and Counsel for the Defendant: March 5th, 2024, March 12th, 2024 and April 22nd, 2024.

6. The Defendant has been advised and understands that speedy trial considerations are waived and concurs with counsel that this motion is in the interest of justice and necessary to vindicate his Sixth Amendment right to effective representation.

WHEREFORE Defendant would respectfully request that this Honorable Court continue the trial in this matter and issue a new scheduling order in which pre-trial motions can be filed and addressed.

Respectfully Submitted,

RICHARD SHAWN OWENS, DEFENDANT
By Counsel

**/s/ Kevin D. Mills**
Attorney for Defendant
WV State Bar No. 2572
THE CRIMINAL LAW CENTER
1800 West King Street
Martinsburg, WV 25401
Phone: (304) 262-9300
Fax: (304) 262-9310
kmills@wvacriminaldefense.com

CERTIFICATE OF SERVICE

I, Kevin D. Mills, do hereby certify that I have filed the foregoing using the ECF filing system for the Southern District of West Virginia which will provide notice to AUSA Jennifer Herrald on this 13th day of December, 2024.

**/s/ Kevin D. Mills**
Attorney for Defendant
WV State Bar No. 2572
THE CRIMINAL LAW CENTER
1800 West King Street
Martinsburg, WV 25401
Phone: (304) 262-9300
Fax: (304) 262-9310
kmills@wvacriminaldefense.com