**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:23-cr-00145

RICHARD SHAWN OWENS

## VERDICT

We, the Jury, in accordance with the Court's instructions as to the governing law, unanimously find beyond a reasonable doubt as follows as to Defendant Richard Shawn Owens:

1. As to the charge contained in Count One of the Indictment:

   \_\_\_\_ GUILTY

   ✓ NOT GUILTY

2. As to the charge contained in Count Two of the Indictment:

   \_\_\_\_ GUILTY

   ✓ NOT GUILTY