## DEFENSE CLIP 1 (CLIP M ADDITIONS)

### CLIP 1A

RICHARD OWENS: …. And I told her that. I was like, you know, We hang out for a while, you know. You can -- I'll take better care of you. But here's a hundred bucks in case you want to go buy a dress or something, or want to go out to eat with your friends, whatever.

### CLIP 1B

TFO KEVIN RICHARDS: All right. But there was an agreement --
RICHARD OWENS: No, we never -- we never made an agreement for any exchange of money.
TFO KEVIN RICHARDS: Okay.

### CLIP 1C

SPECIAL AGENT KARSHENAS: Okay. Tell me about that. How did -- what was the arrangement? What did you guys discuss?
RICHARD OWENS: [Unintelligible word(s)] and it wasn't supposed to be nothing to do with no kind of sex or nothing. I just wanted to, you know, meet the girl, hang out, take her on a date. You know, maybe let me take her shopping or something. Because it's a website for gold diggers pretty much [Unintelligible word(s)] --



# **DEFENSE CLIP 2 (CLIP N ADDITIONS)**

## **CLIP 2A**

TFO KEVIN RICHARDS: Yeah, she felt like -- she felt you all had discussed it and agreed on $4,000?
RICHARD OWENS: Yeah, no.
TFO KEVIN RICHARDS: So --
RICHARD OWENS: That was never the case.
TFO KEVIN RICHARDS: Not the case?
RICHARD OWENS: Not the case. The only time I said the words $4,000 was when I was pissed off and I was trying to -- I was trying to make her upset at what she could have potentially missed out on with me taking her shopping and stuff. And, you know, how much money -- you know, I got -- I wasn't -- but, no, there was never any kind of -- what's that word -- talking -- like, we never talked about, Hey, I'll give you $4,000. I wouldn't pay $4,000 just to spend the night with one person. No way.

## **CLIP 2B**

RICHARD OWENS: … [T]here was never any -- any agreement of --
TFO KEVIN RICHARDS: Okay.
RICHARD OWENS: Hey, you're going to come spend the night and I'm going to give you this much money.

## DEFENSE CLIP 3 (CLIP O ADDITIONS)

SPECIAL AGENT KARSHENAS: Let's talk about when you guys were meeting up. When you guys were talking.
RICHARD OWENS: There was no predetermined -- like, there was no: You're going to pay me this much money, or whatever.
SPECIAL AGENT KARSHENAS: Was there -- was there any discussion about money?
RICHARD OWENS: No.
SPECIAL AGENT KARSHENAS: Exchange of money?
RICHARD OWENS: No.