UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

UNITED STATES OF AMERICA
    Plaintiff

v.                                                                   Case No. 5-23-CR-00145
                                                                     Honorable Judge Volk

RICHARD SHAWN OWENS
    Defendant

## AMENDED NOTICE OF COUNSEL'S ATTEMPT TO COMPLY AND REQUEST FOR ASSISTANCE

Now comes Counsel, Kevin D. Mills, for the Defendant, Richard Shawn Owens, and respectfully submits this *Notice of Counsel's Attempt to Comply and Request For Assistance*.

The Court's Order of November 25, 2025 inaccurately notes Counsel failed to file a proposed redacted version of the filing [at ECF 201]. Counsel's best efforts and diligent effort to comply with the Court's post not-guilty verdicts directives have been uniformly unsuccessful not for lack of trying or intransigence but rather apparent insufficient Pacer navigation. Counsel will try again but it has been rejected and welcomes suggestions from the Court and its supervisory power, court clerks, law clerks or others acting under the Court's authority to assist Counsel.

Respectfully submitted,
/s/ Kevin D. Mills
Kevin D. Mills
WV State Bar No. 2572
THE CRIMINAL LAW CENTER
Kevin D. Mills & Associates, PLLC
300 Foxcroft Avenue, Suite 100A
Martinsburg, WV 254

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record using the CM ECF Filing system which will send electronic notice to all parties of record on this *26*th day of November, 2025.

Respectfully submitted,

/s/ Kevin D. Mills
Kevin D. Mills, Esq.
WV State Bar No. 2572
Kevin D. Mills & Associates PLLC
The Criminal Law Center
300 Foxcroft Avenue, Suite 100A
Martinsburg, West Virginia 25401